IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NICHOLE LASHLEY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV506 |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT OESTREICH, individually | ) | ORDER |
| and in his official capacity | ) | |
| as a police officer of the | ) | |
| City of Pierce, Nebraska; | ) | |
| CITY OF PIERCE, NEBRASKA, a | ) | |
| political subdivision of the | ) | |
| State of Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

        This matter is before the Court on plaintiff's motion

to dismiss with prejudice (Filing No. 9).  The Court finds the

motion should be granted.  Accordingly,

        IT IS ORDERED that said motion is granted; this action

is dismissed with prejudice, each party to pay its own costs and

attorney's fees.

        DATED this 13th day of January, 2009.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court